1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Nancy Frederick
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
13 _____  )   **CASE NO. C 06-4120 (CRB)**
   IN RE: BEXTRA AND CELEBREX     )
14 MARKETING SALES PRACTICES AND  )   **MDL NO. 1699**
   PRODUCT LIABILITY LITIGATION   )   **District Judge: Charles R. Breyer**
15                                )
   _____ )
16                                )
   NANCY FREDERICK, individually and on )
17 behalf of LARRY FREDERICK, deceased; )   **STIPULATION AND ORDER OF**
                                  )   **DISMISSAL WITH PREJUDICE**
18 MARY SIMS, individually and on behalf of )
   LINVILLE SIMS, deceased;       )
19                                )
   ROSANN VAN LEAR, individually and on )
20 behalf of TERRY VAN LEAR, deceased, )
                                  )
21     Plaintiffs,                )
                                  )
22                                )
   vs.                            )
23                                )
                                  )
   G.D. SEARLE & CO.; PHARMACIA   )
24 CORPORATION; MONSANTO          )
   COMPANY; and PFIZER, INC.,     )
25                                )
                                  )
26     Defendants.                )
   _____ )
27
28
                                -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42531961.1

Come now the Plaintiff, **NANCY FREDERICK, individually and on behalf of LARRY FREDERICK, deceased** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009                ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Nancy Frederick

DATED: Oct. 22, 2009                DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-