1 | ROBINSON, CALCAGNIE & ROBINSON
2 | 620 Newport Center Drive, Suite 700
Newport Beach, California 92660
3 | Telephone: (949) 720-1288
Facsimile: (949) 720-1292
4 |
5 | Attorneys for Plaintiff, Mary Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-4120 (CRB)<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| NANCY FREDERICK, individually and on behalf of LARRY FREDERICK, deceased;<br><br>MARY SIMS, individually and on behalf of LINVILLE SIMS, deceased;<br><br>ROSANN VAN LEAR, individually and on behalf of TERRY VAN LEAR, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

-1-

Come now the Plaintiff, **MARY SIMS, individually and on behalf of LINVILLE SIMS, deceased** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009      ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Mary Sims, individually and on behalf of LINVILLE SIMS

DATED: ___Oct. 22___, 2009      DLA PIPER LLP (US)

By: ___/s/___
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**

Hon. Charles R. Breyer
United States District Court

-2-