1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Rosann Van Lear
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
13  _____  )  CASE NO. C06-4120 (CRB)
    IN RE: BEXTRA AND CELEBREX         )
14  MARKETING SALES PRACTICES AND      )  MDL NO. 1699
    PRODUCT LIABILITY LITIGATION       )  District Judge: Charles R. Breyer
15  _____  )
                                       )
16  NANCY FREDERICK, individually and on )
17  behalf of LARRY FREDERICK, deceased; )  STIPULATION AND ORDER OF
                                       )  DISMISSAL WITH PREJUDICE
18  MARY SIMS, individually and on behalf of )
    LINVILLE SIMS, deceased;           )
19                                     )
    ROSANN VAN LEAR, individually and on )
20  behalf of TERRY VAN LEAR, deceased, )
21      Plaintiffs,                    )
22                                     )
    vs.                                )
23                                     )
    G.D. SEARLE & CO.; PHARMACIA       )
24  CORPORATION; MONSANTO              )
    COMPANY; and PFIZER, INC.,         )
25                                     )
26      Defendants.                    )
                                       )
27  _____  )
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

Come now the Plaintiff, **ROSANN VAN LEAR, individually and on behalf of TERRY VAN LEAR, deceased** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Rosann Van Lear,
individually and on behalf of Terry Van Lear

DATED: Oct. 22, 2009        DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-